## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWVER & SON, INC., an Oklahoma corporation, | |
| Plaintiff/Counterclaim Defendant, | Case No. 5:24-cv-00044-PRW |
| v. | |
| (1) CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, | |
| Defendant and Crossclaim and Counterclaim Plaintiff; and | |
| (2) UNITED STANDARD ELECTRIC LLC, an Oregon limited liability company, | |
| Defendant/Crossclaim Defendant. | |

### PLAINTIFF SHAWVER & SON, INC.'S FIRST AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 15(a)(1)(B), Plaintiff/Counterclaim Defendant Shawver & Son, Inc. ("Shawver"), submits its First Amended Complaint as a matter of course and alleges the following against Defendant and Crossclaim and Counterclaim Plaintiff, Consolidated Electrical Distributors, Inc. ("CED"), and Defendant/Crossclaim Defendant, United Standard Electric LLC ("USE"):

### INTRODUCTION

1.    This case arises out of Shawver's purchase of twenty-four (24) electrical transformers ("Transformers") from CED and USE, which were manufactured by USE or ZETRAK, S.A. DE C.V. All Transformers were non-conforming to the Parties' agreements from the moment they left the factory, as verified by USE's own tests, and

1

most (if not all) Transformers have been defective since the day they were delivered to Shawver in Oklahoma City, Oklahoma, causing (a) Shawver to incur repair and replacement costs and other damages, (b) physical damage to property, and (c) a substantial risk of personal injury.

2.      CED and USE must be held accountable for these non-conforming and defective Transformers and the injuries and damages associated therewith.

## PARTIES

3.      Shawver is an Oklahoma corporation that provides a broad range of electrical contracting services to its customers. Plaintiff's principal office is located at 144 N.E. 44th Street, Oklahoma City, Oklahoma 73105.

4.      CED is a Delaware corporation with an office located at 1205 North Street, Oklahoma City, OK 73108.

5.      USE is an Oregon limited liability company with its corporate office at 10121 SE Sunnyside Road, #300, in Clackamas, OR 97015. Upon information and belief, USE's sole member is a citizen of Washington.

## JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000.00 and a complete diversity of citizenship between the parties exists – Plaintiff is a citizen of Oklahoma; CED is a citizen of Delaware and USE is a citizen of Oregon and Washington.

7.      The Court has personal jurisdiction over the parties. The Court has personal jurisdiction over CED because CED purposefully availed itself of the privilege of doing

business in Oklahoma, including but not limited to (1) CED has an office location in Oklahoma County and routinely does business here, and (2) CED was a reseller of the Transformers manufactured by USE or one of USE's partner factories with the knowledge they would be delivered and used at a project located in this judicial district. CED has also submitted itself to the jurisdiction of the Court by alleging Counterclaims against Shawver and Crossclaims against USE.

8.     The Court has jurisdiction over USE because the project at issue is in Oklahoma County, Oklahoma, and USE manufactured (or caused to be manufactured) and sold the Transformers with the knowledge they would be delivered and used at the project at issue. Additionally, Plaintiff incorporates by reference the allegations in paragraph twenty-six (26), page fifteen (15), in CED's "Statement of Facts Common to Counterclaim and Cross-Claims" [Doc. 5] as if fully stated herein for additional reasons USE is subject to personal jurisdiction.

9.     Venue is proper in this Court because, as demonstrated below, this is the judicial district in which a substantial part of the events or omissions giving rise to Shawver's claim occurred and where a substantial part of property that is the subject of the action is situated.

## FACTUAL BACKGROUND

10.     Shawver was hired by L5 Construction, LLC ("L5"), to provide electrical contracting services in the form of furnishing all labor, material, and equipment for the installation of the electrical system, including but not limited to the Transformers, for a project known as 7725 Connect Data Center – Phase II – Buildings D, E, and F (the

"Project"). The Project is in Oklahoma County, Oklahoma, and was being constructed for the specific purpose of mining bitcoin or other cryptocurrencies.

11.    These mining facilities rely on high-powered computers doing high level math and consume a substantial amount of electricity. Transformers are critical in mining operations by adjusting voltage levels between the power supply and the facility's internal power distribution system.

12.    Shawver requested quotes from multiple suppliers, including CED, to obtain the Transformers for the Project that met certain specifications. At the time Shawver requested the quote from CED for the Transformers, CED knew of the specific purpose for which Shawver needed them and the detailed specifications required by Shawver. CED also knew that Shawver was relying on CED's skill and judgment to select or furnish suitable Transformers for the Project.

13.    CED regularly deals with electrical equipment and supplies, including transformers such the Transformers required for the Project. Additionally, CED's representatives, employees and/or agents by their occupations and representations hold themselves out as having knowledge or skill peculiar to the Transformers and/or practices involved with the Transformers. CED represents the following on its LinkedIn page (https://www.linkedin.com/company/ced_2):

> CED is one of the largest electrical solutions distributors and product suppliers in the country, specializing in residential, commercial, industrial and solar projects. By training and bringing in talented, energetic people, we're able to bring industry professionals together and facilitate the best electrical solutions for our customers, who are powering your homes, buildings and manufacturing the things you use every day. Our

commitment to quality has made us one of the nation's largest distributors of electrical products and services.

14.     Upon information and belief, knowing that Shawver was relying on CED's skill and judgment to select or furnish suitable Transformers for the Project, CED obtained a proposal for the manufacture of the Transformers from USE in accordance with Shawver's detailed specifications. At the time CED requested a proposal from USE for the manufacture of the Transformers, upon information and belief, USE knew of the specific purpose for which Shawver needed them and the detailed specifications required by Shawver.

15.     USE's representatives, employees and/or agents by their occupations and representations hold themselves out as having knowledge or skill peculiar to the Transformers and/or practices involved with the Transformers. Additionally, USE represents the following on its website (https://unitedstd.com/):

> United Standard Electric (U.S.E.) takes pride in engineering high-quality transformers that are made for each project's unique needs and are delivered with exceptional service.
>
> ***
>
> Our team of engineers and sourcing professionals work closely with each client to fully understand their specific requirements and challenges. We then leverage our extensive knowledge and expertise to design and deliver a solution that meets their unique needs. We help customers find the right combination for the ideal transformer solution.
>
> ***
>
> We take pride in being a manufacturer of high-quality transformers having expanded to produce our own transformers in-house.

Additionally, for specialized projects that require unique engineering solutions, we leverage our partnerships with extensively qualified factories in the NAFTA region to provide our customers with the best manufacturing option.

\*\*\*

U.S.E. was founded by a team of experienced professionals in the transformer industry. With over 150 years of collective expertise in engineering design, research and development, commercial operations, sales, and executive management from top-rated brands, our team was hand-picked to fulfill our mission of delivering high-quality, North American-manufactured transformers engineered to meet our customers' specific needs.

All of our transformers come with a standard 2-year warranty, giving our customers peace of mind and ensuring that they are investing in a product that will stand the test of time.

16.    On or about January 31, 2022, CED emailed USE's initial proposal ("Initial Proposal") for the Transformers to Shawver. USE's Initial Proposal was dated January 30, 2022, and was addressed to: "SHAWVER & SON; Attention: Lonnie Brazeal." Lonnie Brazeal is a representative of Shawver.

17.    The Initial Proposal referenced the job and location as RFQ # DATA CENTER OKC and OKLAHOMA CITY USA, respectively. CED's email to Shawver did not contain or reference CED's terms and conditions.

18.    USE's Initial Proposal contained the following terms, conditions, specifications, and representations:

UNITED STANDARD ELECTRIC is pleased to offer this proposal for transformers. The unit(s) would be manufactured and tested as per design, specifications and supervision by United Standard Electric in compliance with applicable ANSI,

6

NEMA, and IEEE standards, and as by the customer specifications and sections as detailed below.

\*\*\*

1 each, 3000 kVA **3 Phase** Pad-mount Transformer, HV **345000D** – LV **420Y/242, 60 HZ**, 5 position tap changer, **Al windings**, Mineral Oil filled, 65° C rise, ONAN, 30° C ambient. Dead front radial feed, Munsell Green color pad-mount finish (emphasis in original)

### Accessories:

Liquid level with contact
Thermometer with contact
Pressure/vacuum with contact
Standard pressure relief valve
Tank cover PRD
Drain valve with sampler
Cabinet Depth: Standard
Primary Terminations: (3) 200A 35 KV bushings
(3) Feed thru inserts 35KV
MOVE Arresters
Secondary Terminations: Four (4) 12-hole spade terminals with supports
Application: Standard Distribution
Three-point latching mechanism on interlocking HV and LV cabinet doors
BIL: 150/30 kV
Manufactured and tested per applicable ANSI and NEMA standards

$67,990.00 each
(24) Total $1,631,760.00

\*\*\*

Transformer or transformers are quoted and designed for standard distribution application. If other duty is required (i.e. step-up duty, high altitude, tilt, K-Factor etc.), please specify for quote revision.

\*\*\*

USE's transformers are designed, manufactured, and tested per applicable ANSI/IEEE and NEMA standards and are suitable for outdoor operation.

Standard Factory Tests per ANSI/IEEE

All sales are subject to "Standard Terms and Conditions of Sale "USETC001.W34" included with this proposal. No other terms accepted without prior, written agreement.

***

**This order is <mark>NOT cancellable</mark>, 100% of P.O. value Charges will apply** (emphasis in original)

***

Standard warranty coverage applies (unless otherwise noticed): 24 months from the date of shipment, see USETC001.W34.

19.    USE's Standard Terms and Conditions of Sale USETC001.W34 were not included, attached, or contained within or to USE's Initial Proposal. Upon information and belief, USE's Standard Terms and Conditions were not publicly available to Shawver or posted on USE's website at the time CED emailed the Initial Proposal to Shawver.

20.    Shawver did not receive USE's Standard Terms and Conditions of Sale USETC001.W34 until months after the transformers were delivered and began experiencing issues and performing defectively.

21.    CED's email containing USE's Initial Proposal on January 31, 2022, attached two other PDFs: (1) a brochure on pad mounted distribution transformers and (2) a document showing product line.

22.    Similar to USE's Initial Proposal, the brochure warranted that all pad mounted transformers would "meet IEEE, DOE 2016, and ANSI Standards." Further, USE's brochure touted its team "with decades of experience in transformer design and

manufacturing" and that its "business model allow[s] [USE] to offer customized design and one of the fastest delivery in the market[.]"

23.    USE's product line document represented that "[a]ll ratings are designed in accordance with applicable ANSI, NEMA and IEEE Standards." Additionally, the product line document highlighted the transformers' "superior quality" and USE's "responsiveness."

24.    After a number of revisions to the Initial Proposal were requested by Shawver, CED emailed Shawver a final proposal and quote for $1,878,816 for the Transformers (the "Final Proposal") on or about February 9, 2022. Once again, like the Initial Proposal, the Final Proposal of USE was directed to Shawver and did not contain or reference CED's terms and conditions; nor did the Final Proposal from USE including, contain, or attach USE's Standard Terms and Conditions of Sale USETC001.W34.

25.    The face of the Final Proposal contained the same language and terms as USE's Initial Proposal except as materially revised as follows:

> Std Tap changer with special custom voltage steps (original highlight)
> ***
> Application: K13 DATA CENTER (original highlight)
> Electrostatic Shield (original highlight)

26.    On the same day, Shawver accepted USE's Final Proposal through an email to CED, providing CED with Work Order and Purchase Order numbers.

27.    Upon information and belief, CED relayed Shawver's acceptance of USE's proposal to USE and/or directed a purchase order to USE for the Transformers.

28.    On or about February 24, 2022, CED emailed drawings of the Transformers to Shawver; Shawver, in turn, emailed them to L5 for approval. L5 approved the

Transformers' drawings as-is without making any revisions, clearing them for production.[1]

29.    Upon information and belief, USE and/or ZETRAK manufactured the Transformers. Upon completing the process, USE tested the Transformers per the ANSI/IEEE standards between May and June 2022, prior to the Transformers being delivered to Shawver for the Project.

30.    USE's own test results show the Transformers to be non-conforming to the specifications and testing standards agreed upon and defective: (1) the agreement called for mineral oil, yet the Transformers were filled with "FR3 Oil;" (2) the voltages were incorrect, ranging from 32775 – 36225; (3) there was a greater than 2% deviation in the Resistance (Ohms) test; (4) the pressure tests showed the Transformers were losing pressure and/or leaking; and (5) insulation resistance testing failed.

31.    Despite knowing that the Transformers failed multiple tests and standards, USE shipped the Transformers to Shawver in Oklahoma City without disclosing their non-conformities and defects.

32.    When the first Transformers were being delivered in June 2022, CED sent invoices to Shawver that contained CED's standard terms and conditions for the first time ever, after Shawver had ordered the non-cancellable Transformers for $1,878,816.00.

---

[1] The drawings were revised by Electrical Equipment Solutions to show missing accessories and emailed to Shawver by CED on February 25, 2022. Shawver approved the revised drawings same day.

These terms and conditions of CED materially altered the bargain between Shawver and CED and/or USE by attempting to disclaim all warranties on the part of CED *inter alia*.

33.    Nonetheless, CED's terms and conditions contained the following:

> The goods sold by Seller [CED] are products of recognized manufacturers sold under their respective brand or trade name in accordance with their terms and conditions. Seller shall use its best efforts to obtain from each manufacturer, in accordance with the manufacturer's warranty (copies of which will be furnished upon request) or customary practice, the repair or replacement of goods that may prove defective in material, design, or workmanship. The foregoing shall constitute the exclusive remedy of Buyer and the sole obligation of Seller. Except as to title, SELLER GIVES NO WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR OTHERWISE.

34.    Upon receiving the first Transformers, the insides of all delivered Transformers were leaking substantial amounts of oil, thus indicating issues with gaskets and/or bushings and defective seals. Shawver also expressed concerns to CED about the load breaks being too close to tap changers.

35.    In an email dated July 7, 2022, USE's president and CEO assured Shawver and CED that USE "will be addressing all this [sic] issues[,]" and that USE's "techs will perform the requested checks and will replace the defective gaskets and the pressure-vacuum gauge."

36.    Between July and September 2022, technicians on behalf of USE attempted repairs of the Transformers. The technicians attempted the repairs outdoors at the Project instead of a controlled indoor environment, a repair method that Shawver disagreed with and expressed concerns over. Shawver was concerned about the Oklahoma wind carrying

dust, dirt, and other foreign particles inside the Transformers due to the raised lids while being repaired, but USE directed that the repairs move forward in this fashion.

37.    On September 26, 2022, USE's president and CEO sent a letter to "CED and Shawver and Son" stating in part:

> The [Transformers] . . . have been serviced by MT equipment which is United Standard Electric LLC subcontractor for field service.
>
> All the work performed by MT Equipment on the aforementioned transformers is completely valid and covered by our 2 year warranty.
>
> According to MT Equipment report as per 9/26/2022, 18 units are fully ready to be tested and ready for service.
>
> The remaining 6 are completely fixed on oil leaks and its electrical performance can be tested, these transformers are electrically safe to operate. However, there is a Vacuum-gauge made by ORTO that has presented the defect of not holding pressure, which USE will be re-ordering and replacing as soon as we receive new parts.
>
> All works made by MT Equipment are covered by our warranty.

38.    Shawver thus began testing the Transformers per NETA/IEEE standards and found the following defects: (a) all Transformers but one failed the secondary winding resistance test; (b) all oil tests indicated the oil was either dirty or contaminated; not one oil test passed as "clean; (c) most Transformers failed the insulation resistance test; and (d) many of the Transformers failed the CH testing. These tests rendered the Transformers non-conforming and defective (again).

39.    In an email to USE with CED and L5 copied, Shawver explained to USE

how the Transformers failed to meet IEEE standards, including:

> "We have found the following discrepancies in the IEEE
> Standards:
>
> The winding resistance measurements from the factory test
> reports and the measurements we took in the field do not
> comply with IEEE C57.152 section 7.2.7 (which should be
> within 2% of each other).
>
> The power factor requirements set forth by IEEE C57.152
> section 7.2.14.8 Table 18 show that these transformers do not
> comply. (Table 18 states that mineral oil filled power factor
> limit is 0.5% in new transformers).
>
> In doing my research it was discovered in IEEE C57.106 that
> none of the oil test comply with 4.1.2 Table 2 – Test limits for
> new mineral oil received in new equipment, prior to
> energization (ASTMs D974, D971, D1542, D1533, D924
> PF25, and D924 PF100)
>
> I also found in IEEE C57.12.00 section 9.2(c) that differences
> between duplicate transformers, when two or more units of a
> given rating are produced by one manufacturer at the same
> time, shall not exceed 10% of the specified value. There is one
> that does not comply, unless this is a typo in the factory test
> report and transformer nameplate serial number (53508).
>
> In IEEE C57.12.00 section 8.2.2 it talks about design tests and
> compliance with appropriate standards of the industry, which
> seems to bring ANSI/NETA ATS Table 100.5 into the picture,
> in which megger readings for coil rating type 0-600 volts at
> 100 Megohms and greater than 5000 volts at 5,000 Megohms,
> which does not comply with some of the factory test and the
> measurements we took in the field.
>
> In IEEE C57.152 Annex I section I.2 Table I.1 shows that the
> transformers don't comply with particle counts in IEEE
> standards (these standards are for in-service transformers, not
> new).

In IEEE C57.106 section 4.1.2 talks about new mineral oil properties and how certain test such as IFT, dielectric breakdown voltage, and dissipation factor test are sensitive to contaminants, which would explain the oil test coming back as bad as outlined in ASTM D3487.

40.    Shawver further notified USE and CED that Shawver "must have the above issues corrected in order for [Shawver] **to accept** the transformers." (Emphasis added). At this point, the Transformers' non-conformities and defects substantially impaired their value to Shawver.

41.    Despite these issues, non-conformities, and defects, USE represented to the parties that the Transformers were fully ready for service and electrically safe to operate.

42.    Shawver vehemently disagreed with USE's representations and advised L5 and the Project owner against energizing the Transformers.

43.    Despite Shawver's advice against energizing the Transformers, at the direction of L5 and the Project owner the Transformers were energized in November 2022.

44.    On November 14, 2022, CED emailed Shawver a letter of indemnification from USE and, for the first time ever, USE's Standard Terms and Conditions of Sale, "USETC001.W34-rev1." USE's indemnification letter stated in part:

To: CED and Shawver and Son

***

For Good and valuable consideration, United Standard Electric LLC, herby (sic) and agree to indemnify and hold harmless Shawver Electric for manufacturers defects in the aforementioned transformers Supplied. MT Equipment made field modifications as a sub-contractor under USE to the

equipment and certify a 3-year warranty on the equipment beginning from the date of invoice. This indemnification does not include improper installation, improper operations, or acts of God that could affect the Transformers integrity. USE will take care of the field service work should any issues arise during the 3-year warranty period.

Please find this letter also as extending standard warranty of 2 years to an additional 12 months according to our standard terms for extended warranty explained in USETC001.W34-rev1[.]

All works made by MT Equipment are covered by our warranty.

45.    USE's express warranty regarding the Transformers stated in part:

Standard Warranty: United Standard Electric LLC warrants that the Product sold hereunder will be of the kind and quality described in its Specification and will be free of defects in design, workmanship, and material.

***

Given Customer compliance and notification to United Standard Electric LLC, as described just above, of any failure to confirm to this standard warranty within the standard warranty period and customer delivery of the defective Product to the location designated by United Standard Electric LLC, United Standard Electric LLC will correct the confirmed non-conformity, solely at its option, [by] repairing or replacing the defective part or parts.

***

United Standard Electric LLC's repair or replacement obligations set forth herein are the Customer's exclusive remedy for any failure of United Standard Electric LLC to meet the design, material, and workmanship standards necessary to meet the Customer's Specification criteria.

46.    In December 2022, one of the Transformers suffered a catastrophic failure due to its defect in design, workmanship, and/or material and its failure to test to and meet applicable standards and specifications. The Transformer exploded, causing damage to itself, as well as damage to other property (i.e., electric switches and fuses):



47.    In January 2023, additional testing by United Power Services, Inc., indicated that one of the Transformers (s/n 53494) failed a dissolved gas analysis test. The report stated in part that "[c]ombustible gases indicate overheating with arcing is occurring. Retest immediately."

48.    Other Transformers showed signs of potential failure due to failure to meet testing requirements under IEEE standards.

49.    In March 2023, multiple Transformers catastrophically failed, again causing substantial damage to itself and other property. *See* Figures 1-4 below:



*Figure 1 - March 3rd Catastrophic Failure*



*Figure 2 - March 10th Catastrophic Failure*



*Figure 3 - March 12th Catastrophic Failure*



*Figure 4 - March 16th Catastrophic Failure*

50.     Multiple attempts by USE of repair and replacement of the defective, non-conforming Transformers, and CED's minimal efforts at securing same, have been unsuccessful and failed. Other Transformers have exhibited signs of failure, and it is apparent that CED and USE are incapable of upholding their end of the bargain to provide twenty-four (24) conforming, working Transformers to the Project. As such, CED and USE's attempts to remedy the defective Transformers have failed their essential purpose.

### CLAIM ONE AGAINST CED
### BREACH OF CONTRACT

51.     Shawver and CED entered into a contract, as outlined above, whereby CED agreed to sell the Transformers to Shawver according to certain detailed specifications and requirements.

52.     In the event of issues with the Transformers, CED agreed that it would "use its best efforts to obtain from each manufacturer, in accordance with the manufacturer's warranty (copies of which will be furnished upon request) or customary practice, the repair or replacement of goods that may prove defective in material, design, or workmanship."

53.     CED breached its contract with Shawver by failing to deliver twenty-four (24) Transformers that conformed to the agreement and Shawver's required specifications. More simply, CED failed to deliver working Transformers.

54.     CED has additionally breached its contract with Shawver by failing to use its best efforts to obtain the repair or replacement of the defective, non-conforming

19

Transformers. Upon information and belief, CED has not contacted the manufacturer of the Transformers (as evidenced by the nameplate), ZETRAK, to obtain from ZETRAK repair or replacement of the Transformers as required by the contract.

55.    As a result of CED's breach of its contract with Shawver, Shawver has sustained damages in an amount in excess of $75,000.00, including but not limited to repair and replacement costs, lost profits, and attorney fees, accrued and to accrue.

**CLAIM TWO AGAINST CED AND USE**
**BREACH OF IMPLIED WARRANTIES**

56.    CED and USE regularly deal in goods of the kind similar to the Transformers, and their employees and representatives hold themselves out as having knowledge or skill peculiar to the practices in the electrical industry or the Transformers, such that CED and USE are considered Merchants with respect to the Transformers.

57.    At the time of contracting, CED and USE knew or had reason to know that Shawver was purchasing the Transformers for a particular purpose – a substantial component in the bitcoin mining facility's electrical system where the specification "standard tap changer with special custom voltage steps" would allow the Transformers to adjust and vary the voltage levels between the power supply and facility's internal power distribution system, a specification which was critical for the type of miners used by the Project owners.

58.    Due to CED and USE's representations regarding their ability to supply high-quality electrical equipment, including transformers, for a project's specific and unique needs, prior dealings and communications between the parties regarding the

specific needs of Shawver for the Transformers, *inter alia*, CED and USE knew that Shawver was relying on the skill and judgment of CED and USE to select and furnish suitable transformers for the Project.

59.    Since being manufactured, the Transformers have been non-conforming to the Parties' agreement and Shawver's required specifications and defective.

60.    The Transformers have failed to (1) pass without objection in the trade under the contract description, (2) be fit for the ordinary purposes for which the Transformers are used, (3) run, within the variations permitted by the agreement, of even kind and quality, (4) conform to the nameplate on the Transformers, and (5) be fit for the particular purpose as known by CED and USE. As such, CED and USE have breached their implied warranties regarding the Transformers to Shawver, causing Shawver to sustain damages in excess of $75,000.00.

## CLAIM THREE AGAINST USE
## BREACH OF EXPRESS WARRANTY

61.    USE made express warranties regarding the Transformers by making affirmations of fact, promises, and representations concerning the description of the Transformers to Shawver in its Final Quote (and other places), which Shawver accepted through CED. These affirmations of fact, promises, and representations to Shawver became part of the basis of the bargain between Shawver, CED and USE.

62.    Additionally, USE "warrant[ed] that the [Transformers] will be of the kind and quality described in its Specification and will be free of defects in design, workmanship, and material."

63.    USE breached these warranties by failing to deliver Transformers that conformed to its affirmations of fact, promises and descriptions relative to the Transformers. Additionally, USE breached its warranty that the Transformers will be free of defects in design, workmanship and/or material.

64.    USE breaches of its express warranties to Shawver proximately caused Shawver to suffer losses and damages in excess of $75,000.00.

## CLAIM FOUR AGAINST CED AND USE
## INDEMNIFICATION

65.    Due to the equitable circumstances of this case and the special relationship between the parties caused by CED and USE's implied warranty of fitness, Shawver claims implied indemnity against CED and USE. Additionally, USE expressly agreed to indemnify and hold Shawver harmless due to manufacturer defects.

66.    The Transformers' defects and non-conformities are not due to any act or omission by Shawver and could not have been detected or prevented by any level of care on the part of Shawver. Upon information and belief, USE controlled the manufacturing process, and it has likewise controlled the attempts to remedy their defects. As such, USE is primarily liable for such defects and nonconformities.

67.    CED and USE must indemnify Shawver as the innocent purchaser of the Transformers that USE manufactured and CED sold.

## CLAIM FIVE AGAINST USE
## NEGLIGENCE

68.    USE owes a duty to Shawver to refrain from injuring Shawver or its property or infringing upon any of Shawver's rights.

69.    USE owed Shawver a duty to carry out its agreement with Shawver relative to the manufacture and furnishing of the Transformers with care, skill, reasonably expediency and faithfulness.

70.    USE owed Shawver a duty to supply Transformers that were electrically safe to operate.

71.    USE breached its duties owed to Shawver by failing to deliver Transformers that were electrically safe to operate. The Transformers catastrophically failed multiple times, causing property damage which Shawver replaced/repaired in an amount over $200,000 and an unreasonable risk of personal injury.

72.    USE negligently failed to exercise ordinary and/or specialized care with respect to the selection, use, and repair of the Transformers, which caused Shawver injuries and damages in an amount in excess of $75,000.

WHEREFORE, Shawver demands judgment in its favor against CED and USE for damages in excess of $75,000.00, costs, interest and attorney fees, accrued and to accrue, and a declaration from the Court that CED and USE are obligated to indemnify Shawver for the Transformers' defects, and for such other relief the Court deems fair and equitable.

Respectfully submitted:

**RIEGER LAW GROUP, PLLC**

By:  _/s/ Daniel L. Sadler_
     Sean P. Rieger, OBA #18817
     Daniel L. Sadler, OBA #31211
     Keith A. Barrett, OBA #30011
     Joseph P. Krodel, OBA #35158

     136 Thompson Drive

Norman, Oklahoma 73069
(405) 310-5274
dsadler@riegerlawgroup.com

**ATTORNEYS FOR PLAINTIFF
SHAWVER & SON, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of February, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

Brooks A. Richardson
Cole McDaniel
**GABLEGOTWALS**
499 W. Sheridan Avenue, Ste. 2200
Oklahoma City, OK 73102
brichardson@gablelaw.com
cmcdaniel@gablelaw.com
***Attorneys for Defendant Consolidated
Electrical Distributors, Inc.***

Eric L. Combs
Matthew K. Felty
Lytle Soule & Felty, P.C.
1200 Robinson Renaissance
119 North Robinson Ave.
Oklahoma City, OK 73102
combs@lytlesoule.com
mkfelty@lytlesoule.com
***Attorneys for Defendant
United Standard Electric LLC***

I further certify that on the 8th day of February, 2024, a true and correct copy of the foregoing was emailed to the following who is not a registered ECF user for this case:

Michael C. Whitticar
(Motion for *Pro Hac Vice* Forthcoming)
NOVA IP Law, PLLC
155 Broadview Avenue, Ste. 200
Warrenton, VA 20186
mikew@novaiplaw.com
***Attorney for Defendant
United Standard Electric LLC***

<u>      /s/ Daniel L. Sadler          </u>