## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Shawver & Son Inc, an Oklahoma corporation, Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> Consolidated Electrical Distributors Inc, a Delaware corporation, <br><br> Defendant and Crossclaim and Counterclaim Plaintiff, and <br><br> United Standard Electric LLC, an Oregon limited liability company, <br><br> Defendant and Crossclaim Defendant. | Case. No. 5:24-cv-00044-PRW |

## UNITED STANDARD ELECTRIC'S CORPORATE DISCLOSURE STATEMENT

Defendant United Standard Electric, LLC ("USE") hereby files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and LCvR7.1.1, and states as follows:

**1.**     USE is not a publicly traded company, and no publicly held company or corporation owns 10% or more of its stock.

**2.**     USE's sole member is Juan Escobar. Mr. Escobar is a legal and permanent U.S. resident. He is not a naturalized U.S. citizen.

**3.**     For diversity purposes, Mr. Escobar is currently a domiciliary and citizen of the State of Washington and has been since June of 2023.

**4.**     Since June of 2023, USE has had its principal place of business in Vancouver, Washington. At all relevant times, USE has been a limited liability company organized

1

under the laws of Oregon.

                                     Respectfully submitted by:


                                       *s/Matthew K. Felty*_____
Eric L. Combs, OBA #31024
Matthew K. Felty, OBA #31057
Morgan Lawson, OBA #35163
**LYTLE SOULÉ & FELTY, P.C.**
1200 Robinson Renaissance
119 North Robinson Ave.
Oklahoma City, OK 73102
(405) 235-7471 (Telephone)
(405) 232-3852 (Facsimile)
mkfelty@lytlesoule.com
combs@lytlesoule.com
lawson@lytlesoule.com

*-and-*


Michael C. Whitticar (V.S.B. No. 32968)
(Admitted *Pro Hac*)
NOVA IP Law, PLLC
155 Broadview Avenue, Suite 200
Warrenton, VA 20186
Phone: (571) 386-2980
Fax: (855) 295-0740
Email: mikew@novaiplaw.com

**COUNSEL FOR UNITED STANDARD ELECTRIC, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd of May, 2024, the foregoing document was filed with the Court's CM/ECF system and served on the following counsel of record by email:

Daniel L Sadler
Keith Barrett
Joseph P Krodel
Rieger Law Group PLLC
136 Thompson Dr
Norman, OK 73069
405-310-5274
Email: dsadler@riegerlawgroup.com
Email: kbarrett@riegerlawgroup.com

Sean Paul Rieger
Sean Paul Rieger PLLC
136 Thompson Dr
Norman, OK 73069-5245
405-329-6070
Fax: 405-329-7103
Email: sp@riegerllc.com
*Attorneys for Plaintiff and Counterclaim Defendant Shawver & Son, Inc.*

Brooks Allen Richardson
Cole Thomas McDaniel
Gable Gotwals
499 W. Sheridan Ave.
Ste 2200
Oklahoma City, OK 73102
Brooks Allen Richardson Tel: 405-568-3310
Cole Thomas McDaniel Tel: 405-235-5553
Fax: 405-235-2875
Email: brichardson@gablelaw.com
Email: cmcdaniel@gablelaw.com
*Attorneys for Defendant and Counterclaim and*
*Crossclaim Plaintiff Consolidated Electrical*
*Distributors, Inc.*

*s/ Matthew K. Felty*